*William A. Blank* and *Bernard Meyerson* for appellant.
*Andrew F. Van Thun, Jr.,* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.

JOHN J. REYNOLDS, Appellant, *v.* IRVING TRUST COMPANY, Respondent.

Argued January 10, 1938; decided January 25, 1938.

*Arthur H. Haaren, Joseph A. Barrett* and *Frank W. Demuth* for appellant.

*William A. Onderdonk* and *Paul E. Mead* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.